IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 21-474 |
| | : | |
| JOHN MURRAY ROWE, JR. | : | |

## CIPA SCHEDULING ORDER

AND NOW, upon consideration of the parties' joint motion for a scheduling order for certain contemplated proceedings under the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA"), it is ORDERED AND DECREED that the parties' motion is GRANTED and the following deadlines shall apply in this case:

1. **January 10, 2024**  The Defendant shall file a written notice pursuant to CIPA Section 5(a) specifying the classified information he reasonably expects to disclose at trial.

2. **January 31, 2024**  The Government shall file its response to the Defendant's notice.

3. **February 7, 2024**  The Defendant shall file his reply in support of his notice.

4. **February 14, 2024**  The Court shall hold an *in camera* hearing pursuant to CIPA Section 6(a) to make all determinations concerning the use, relevance, or admissibility of such classified information noticed by the Defendant pursuant to CIPA Section 5(a) and/or noticed by the Government pursuant to CIPA Section 6(b).

5. **March 6, 2024** – The Government shall file its motion pursuant to CIPA Section 6(c)(1) for an order substituting whatever classified information the parties expect to disclose at trial.

6. **March 20, 2024** – The Defendant shall file a response to the Government's motion.

1

7. **March 27, 2024**   The Government shall file its reply.

8. **April 3, 2024**   The Court shall hold an *in camera* hearing regarding the Government's motion pursuant to CIPA Section 6(c)(1).

If the parties agree on what classified information they expect to be disclosed at trial, the deadlines set forth in items 1-4 will be moot, and the CIPA proceedings will go forward as set forth in items 5-8.

SO ORDERED, this 5th day of December 2023.

BY THE COURT:

HON. GENE E. K. PRATTER
*United States District Court Judge*